**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-01712-CJC(JCGx)                    Date:  May 12, 2017

Title: <u>FEDERAL INSURANCE COMPANY AND HANESBRANDS INC. V. UNIVERSAL
PROTECTION SERVICE, SECURITY FORCES, INC., AND SECURITY FORCES,
LLC</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Melissa Kunig</u>                           <u>    N/A    </u>
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS
CASE SHOULD NOT BE DISMISSED AS TO ALL DEFENDANTS**

On April 4, 2017, the Court dismissed Plaintiffs' Complaint for failure to allege
complete diversity.  (Dkt. 41.)  The Court gave Plaintiffs thirty days leave to amend their
complaint.  (*See id.*)  As of May 10, 2017, Plaintiffs have not filed an amended complaint
or otherwise pursued their case.  Accordingly, the Court HEREBY ORDERS Plaintiffs
TO SHOW CAUSE why this case should not be dismissed for failure to prosecute.
Plaintiffs must file and serve a response to this order no later than **May 19, 2017**.

nhm